# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON SAMUEL CLACK,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66737

**FILED**

NOV 14 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion to correct a clerical mistake in judgment of conviction. First Judicial District Court, Carson City; James E. Wilson, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-37622

cc: Hon. James E. Wilson, District Judge
Aaron Samuel Clack
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A